# UNITED STATES DISTRICT COURT

for the

MIDDLE District of TENNESSEE

NASHVILLE Division

RECEIVED

SEP 04 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

CODY WIGGINS
ROBERT GORDON
DEVIN PHILLIPS, ET AL

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

JENNIFER K. DUNGAN, ET AL

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. ______________________

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: DEVIN PHILLIPS
All other names by which you have been known:
ID Number: 8994
Current Institution: WILLIAMSON CO. JAIL
Address: 408 CENTURY CT
FRANKLIN (City) TN (State) 37064 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: JENNIFER K. DUNGAN
Job or Title *(if known)*:
Shield Number:
Employer: WILLIAMSON COUNTY
Address: 7100 COMMERCE WAY SUITE 295
BRENTWOOD (City) TN (State) 37027 (Zip Code)

☒ Individual capacity ☒ Official capacity

Defendant No. 2
Name: LEE ANN THOMPSON
Job or Title *(if known)*:
Shield Number:
Employer: WILLIAMSON CO.
Address: 408 CENTURY CT
FRANKLIN (City) TN (State) 37064 (Zip Code)

☒ Individual capacity ☒ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | DALE EVANS |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | WILLIAMSON CO |
| Address | |
| | City / State / Zip Code |

☒ Individual capacity ☒ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | ASHLEY ABRAHMS |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | WILLIAMSON CO |
| Address | |
| | City / State / Zip Code |

☒ Individual capacity ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

- TENN CONST ART I SEC 35
- FIRST AMENDMENT
- TCA 8-7-103
- MALICIOUS PROSECUTION
- FOURTEENTH AMENDMENT
- ABUSE OF POWER/PROCESS
- RPC 1.7, 3.3, 3.8
- STOLEN MAIL 18 USC 1708
- RETALIATION
- OFFICIAL MISCONDUCT
- SUBORN PERJURY
- VICTIM BILL OF RIGHTS TCA 40-38-101
- TENN CONST ART XI SEC 8
- FACILITATING TO FRAUD
- TCA 29-13-101
- I.I.E.D.
- SPEEDY TRIAL

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

- FOIA
- TN OPEN RECORDS ACT
- HARASSMENT

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. JENNIFER DUNGAN IS A STATE OF TENNESSEE EMPLOYEE AT THE 21ST DISTRICT OFFICE OF ATTORNEY GENERAL. DUNGAN HAS ACTED IN THE CAPACITY UNDER STATE OF TENNESSEE EACH DEFENDANT

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

EVENTS AROSE INSIDE & OUTSIDE OF WILLIAMSON COUNTY JAIL. STARTING IN 2022 & ON-GOING AS OF 8/15/26. ALL EVENTS HAPPENED IN WILLIAMSON COUNTY, AS VICTIMS OF VIOLENT CRIME DUNGAN HARASSED, INTIMIDATED, THREATENED, AND ABUSED EACH PLAINTIFF THROUGHOUT THE CRIMINAL JUSTICE SYSTEM.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

DUNGAN HAS FACILITATED TO FRAUD, AND SUBORNED PERJURY. SHE HAS PROSECUTED CASES WITHOUT PROBABLE CAUSE, STOLEN LEGAL MAIL, WHILE VIOLATING RPC 1.7, 3.3

C. What date and approximate time did the events giving rise to your claim(s) occur?

AROSE IN 2022 & ON-GOING ACTS OF FRAUD AS OF AUGUST 2024.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* AS A VICTIM OF VIOLENT CRIMES DUNGAN ENCOURAGES VICTIMS TO USE THE CRIMINAL INJURIES COMPENSATION ACT & THEN CRIMINALLY CHARGES VICTIM FOR SEEKING RESTITUTION WHILE SUBORNING PERJURY AND NOT PROSECUTING ALL CRIMES OF ASSAULT, SEXUAL ABUSE, PERJURY. DUNGAN HAS STOLEN LEGAL MAIL, OPENED & READ LEGAL MAIL WITHOUT A WARRANT W/O DUE PROCESS OF LAW, WHILE MISREPRESENTING FACTS & FACILITATING TO FRAUD CRIMINAL INFORMATION & MAIL FRAUD, DUNGAN PROSECUTES LAWFUL ACTS SUCH AS FOIA REQUESTS, AND COLLUSION TO COMMIT FRAUD, & HIDING OR DESTROYING EXCULPATORY EVIDENCE. WHILE CREATING PROCEDURAL TRAPS TO DELAY TRIAL FOR YEARS. DUNGAN DENIES ACCESS TO PUBLIC RECORDS, AS DOES LEE ANN THOMPSON

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

OUR CONSTITUTIONAL & STATUTORY RIGHTS AS VICTIMS HAVE BEEN DEPRIVED. OUR LEGAL MAIL HAS BEEN INTERFERED. THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS HAS CAUSED MENTAL ANGUISH, HUNDREDS OF THOUSANDS OF DOLLARS SPENT IN ATTORNEY FEES, CONSTANT RETALIATION FOR FOIA REQUEST, SUBPOENAS,

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

- JURY DEMAND
- DECLARATORY RELIEF THAT JENNIFER DUNGAN BE SANCTIONED FROM THE PRACTICE OF LAW AND REFERRED TO THE BOARD OF PROFESSIONAL RESPONSIBILITY
- AWARD ALL COURT COST & FEES TO PLAINTIFFS
- FOR ALL OTHER RELIEF DEEM PROPER
- DECLARE VICTIMS OF CRIME HAVE A RIGHT TO BE FREE FROM PROSECUTION OF LAWFUL ACTS
- DECLARE RELIEF TO ACCESS PUBLIC RECORDS, FOIA, OPEN RECORDS ACT & TN. CRIM. INJ. COMP ACT.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [ ] Yes
- [ ] No

- NOT ALL

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

WILLIAMSON CO JAIL

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [ ] Yes
- [ ] No
- [x] Do not know

If yes, which claim(s)?

THESE CLAIMS ARE NOT RELATED TO THE JAIL ITSELF.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

   - KIOSK
   - GRIEVANCE DROP BOX

2. What did you claim in your grievance?

   - STOLEN LEGAL MAIL
   - ACCESS TO PUBLIC RECORDS

3. What was the result, if any?

   DENIED & CRIMINALLY CHARGED BY OLIVEAN FOR SEEKING PUBLIC RECORDS

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   WE EXHAUSTED ALL INTERNAL REMEDIES TO THE FULLEST EXTENT POSSIBLE.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

THIS ISSUE IS QUASI JAIL RELATED BUT NOT REALLY. DUNGAN LEVERAGES THE JAIL STAFF TO HELP CONSPIRE TO DEPRIVE CONSTITUTIONAL RIGHTS.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ______________________________

   Defendant(s) ______________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ______________________________

3. Docket or index number

   ______________________________

4. Name of Judge assigned to your case

   ______________________________

5. Approximate date of filing lawsuit

   ______________________________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. ______________________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ______________________________

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ______________________

   Defendant(s) ______________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ______________________

3. Docket or index number

   ______________________

4. Name of Judge assigned to your case

   ______________________

5. Approximate date of filing lawsuit

   ______________________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition ______________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ______________________

CERTIFICATION & CLOSING

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT I HAVE PERSONALLY REVIEWED & SIGNED THIS DOCUMENT. I FURTHER DECLARE THAT, PURSUANT TO RULE 11 OF FRCP, I BELIEVE I HAVE A VALID LEGAL CLAIM, I AM NOT FILING THIS DOCUMENT FOR AN IMPROPER PURPOSE (SUCH AS TO HARASS SOMEONE), AND MY CLAIMS ARE SUPPORTED BY EVIDENCE OR LIKELY WILL HAVE EVIDENTIARY SUPPORT AFTER A REASONABLE OPPORTUNITY FOR INVESTIGATION.

1) [signature] ROBERT GORDON #65920 8/15/26

2) [signature] Devin Phillips #8994 8-15-2026

3) [signature] /CODY HEATH WIGGINS #69253 8/15/2026

EACH PLAINTIFF'S ADDRESS IS:
408 CENTURY CT.
FRANKLIN, TN 37064

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/15/26

Signature of Plaintiff [signature]

Printed Name of Plaintiff ROBERT GORDON

Prison Identification # 65920

Prison Address 408 CENTURY CT

FRANKLIN | TN | 37064

*City* | *State* | *Zip Code*

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Address ____________

*City* | *State* | *Zip Code*

Telephone Number ____________

E-mail Address ____________

Devin Phillips-8994-ESQ
409 century court
Franklin, TN 37064

RECEIVED
SEP 04 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US DISTRICT COURT CLERK
719 CHURCH ST #1300
NASHVILLE, TN 37203




37203$7095 C019
LEGAL MAIL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022